**No. 63396.**—Railway Express Agency, Inc. *v.* United States, protest 255060-K (St. Albans).

Opinion by FORD, J. The protest was dismissed.

**No. 63397.**—Henry Schwab *v.* United States, protest 59/4181 (Boston).

Opinion by FORD, J. The protest was dismissed.

**No. 63398.**—Quality Brands, Inc., et al. *v.* United States, protests 58/8567, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.